STATE of Missouri, Respondent,

v.

Jerry Dale HAYS, Appellant.

No. WD 40746.

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and
SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from conviction upon jury tried case of involuntary manslaughter, § 565.024.1(1), RSMo 1986, and driving a motor vehicle with a revoked license, § 302.321, RSMo 1986. Appellant was sentenced to consecutive sentences of four years' imprisonment and one year imprisonment respectively.

JUDGMENT AFFIRMED. Rule 30.-25(b).

Shelby KIRKLIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40835.

Missouri Court of Appeals,
Western District.

Jan. 31, 1989.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, C.J., and
SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief.

AFFIRMED. Rule 84.16(b).